**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>WILLIE B. HUNTER, SR. | | Chapter 13 |
| Debtor | | Bankruptcy No. 20-12564-MDC |

# **O R D E R**

**AND NOW**, this ____4th____ day of _____August_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
DONALD WILLIFORD, ESQ
114 RADCLIFFE STREET

BRISTOL, PA 19007-

Debtor:
WILLIE B. HUNTER, SR.

30 ROUNDABOUT LANE

LEVITTOWN, PA 19055